Case 4:02-cr-40014-HFB   Document 41   Filed 03/08/12   Page 1 of 1 PageID #: 16

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:02CR40014-001 |
| Quincy Richard ) | |
| ) | USM No: 06624-010 |
| Date of Original Judgment: October 02, 2003 ) | |
| Date of Previous Amended Judgment: ____ ) | John F. Stroud, III |
| (Use Date of Last Amended Judgment if Any) | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

  X  DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 0 8 2012

CHRIS R. JOHNSON, CLERK
BY ____ DEPUTY CLERK

Except as otherwise provided, all provisions of the judgment dated   October 02, 2003   shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 7 March 2012

Judge's signature

Effective Date: _____
*(if different from order date)*

HARRY F. BARNES U.S. Dist Judge
Printed name and title

Sr.